Dismissed and Memorandum Opinion filed September 25, 2008








Dismissed
and Memorandum Opinion filed September 25, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00822-CR

____________

 

ODIS M. ROBERTS,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
262nd District Court

 Harris County, Texas

Trial Court Cause No. 1163117

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a Aguilty@ plea to assault.  In accordance with the terms of a plea bargain
agreement with the State, the trial court sentenced appellant on May 9, 2008,
to confinement for eight years in the Institutional Division of the Texas
Department of Criminal Justice.  No timely motion for new trial was filed. 
Appellant=s pro se notice of appeal was not filed until August 21, 2008.  We
dismiss the appeal.  








A
defendant=s notice of appeal must be filed within thirty days after sentence is
imposed when the defendant has not filed a motion for new trial.  See Tex. R. App. P. 26.2(a)(1).  A notice
of appeal that complies with the requirements of Rule 26 is essential to vest the
court of appeals with jurisdiction.  Slaton v. State, 981 S.W.2d 208,
210 (Tex. Crim. App. 1998).  If an appeal is not timely perfected, a court of
appeals does not obtain jurisdiction to address the merits of the appeal. 
Under those circumstances it can take no action other than to dismiss the
appeal.  Id.

Moreover,
the trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2). 
The trial court=s certification is included in the record on appeal.  See
Tex. R. App. P. 25.2(d).  The
record supports the trial court=s certification.  See Dears v. State, 154 S.W.3d 610,
615 (Tex. Crim. App. 2005).

Accordingly,
we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum Opinion filed
September 25, 2008.

Panel consists of Chief Justice Hedges, Justices
Anderson and Frost.

Do Not Publish C Tex. R. App. P.
47.2(b)